| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Jamie C. Pollaci (SBN 244659)<br>jpollaci@seyfarth.com |
| 3 | Autumn L. Moore (SBN 274209)<br>amoore@seyfarth.com |
| 4 | 2029 Century Park East, Suite 3500<br>Los Angeles, California 90067 |
| 5 | Telephone:  (310) 277-7200<br>Facsimile:   (310) 201-5219 |
| 6 | Attorneys for Defendants |
| 7 | RTX CORPORATION and RAYTHEON COMPANY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PALLADINO, (an individual),<br><br>           Plaintiff,<br><br>     v.<br><br>RTX CORPORATION (a Delaware corporation); RAYTHEON COMPANY (a Delaware corporation); PABLO GIBU (an individual); and DOES 1 to 100, inclusive,<br><br>           Defendants. | Case No. _____<br><br>(Los Angeles County Superior Court, Case No. 23STCV31247)<br><br>**DEFENDANTS' RULE 7.1-1 CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: December 21, 2023<br>Trial Date:         None Set |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

Defendants RTX CORPORATION and RAYTHEON COMPANY, pursuant to Federal Rules of Civil Procedure, Rule 7.1, hereby states as follows:

1. Defendant Raytheon Company is a wholly owned subsidary of RTX Corporation.

2. RTX Corporation has no parent company, and no publicly traded company owns 10% or more of RTX Corporation's stock.

DATED: March 1, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

By: _____
Autumn L. Moore
Attorneys for Defendants
RTX CORPORATION and RAYTHEON COMPANY